AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:25-CV-00557

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Samsung Electronics Co., Ltd was received by me on *(date)* May 23, 2025, 12:30 pm.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address

☒ I served the summons on *(name of individual)* personally by delivering to C.T. Corporation System, registered agent, accepted by Zachary Rouse, Intake Specialist, who is authorized to accept service of process on behalf of *(name of organization)* Samsung Electronics Co., Ltd at 1999 Bryan St, Suite 900, Dallas, TX 75201 on *(date)* Fri, May 23 2025 at 1:18pm

☐ I returned the summons unexecuted because: _____

☐ Other: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: May 27, 2025

_____
Server's signature

Keith Lowery PSC802
_____
*Printed name and title*

PO Box 495842, Garland, TX 75049-5842
_____
*Server's address*