IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| NETLIST, INC., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 2:25-CV-00557-JRG |
| SAMSUNG ELECTRONICS, CO., LTD., | § | |
| SAMSUNG ELECTRONICS AMERICA, | § | |
| INC., and SAMSUNG | § | |
| SEMICONDUCTOR, INC., | § | |
| | § | |
| *Defendants*. | § | |

## **ORDER**

Before the Court is the Unopposed Motion for Extension of Time to Move, Answer or Otherwise Respond to Plaintiff's Complaint and Waiver of Foreign Service Requirement (the "Motion") filed by Defendants Samsung Electronics, Co., Ltd., Samsung Electronics America, Inc., and Samsung Semiconductor, Inc. (collectively, "Defendants"). (Dkt. No. 6.) In the Motion, Defendants represent that "Counsel for Defendants has agreed to waive service under the Hague Convention for Samsung Electronics Co., Ltd., a foreign entity, in exchange for a 90-day extension of time to answer or otherwise plead by September 11, 2025." (*Id.* at 1.) Defendants request the time in which all Defendants are required to respond to the Complaint be extended up to and including September 11, 2025. (*Id.* at 2.) The Motion is unopposed. (*Id.* at 3.)

Having considered the Motion, and noting its unopposed nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, the Court **ORDERS** that the deadline for Defendants to respond to Plaintiff's Complaint is **extended** up to and including September 11, 2025.

2

**So Ordered this**

**Jun 5, 2025**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE

2