**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| NETLIST, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 2:25-cv-557-JRG |
| vs. | ) | |
| | ) | JURY TRIAL DEMANDED |
| SAMSUNG ELECTRONICS CO, LTD; | ) | (Lead Case) |
| SAMSUNG ELECTRONICS AMERICA, | ) | |
| INC.; SAMSUNG SEMICONDUCTOR | ) | |
| INC., | ) | |
| | ) | |
| Defendants. | ) | |
| NETLIST, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 2:25-cv-558-JRG |
| vs. | ) | |
| | ) | JURY TRIAL DEMANDED |
| MICRON TECHNOLOGY, INC.; MICRON | ) | |
| SEMICONDUCTOR PRODUCTS, INC.; | ) | |
| MICRON TECHNOLOGY TEXAS LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**JOINT MOTION FOR ENTRY OF AGREED EARLY DISCOVERY ORDER**

On June 17, 2025, Defendants Micron Technology, Inc., Micron Semiconductor Products, Inc., and Micron Technology Texas LLC (collectively, "Defendants" or "Micron") filed a motion to dismiss (Pre-consolidated Case No. 2:25-cv-558-JRG, Dkt. 11) the Complaint (*id.*, Dkt 1), asserting, among other things, improper venue. The parties have agreed to extend the briefing schedule and conduct discovery related to venue, as follows:

1. Plaintiff may serve the following written discovery directed to the propriety of venue in this District (which may be served on Defendants collectively, meaning the below numbers are totals, but the requests may be directed to multiple Defendants, if appropriate):

    a. Up to five (5) requests for production; and

    b. Up to five (5) interrogatories;

2. Plaintiff may conduct the following depositions for the specified durations, limited to issues relating to venue:

    a. A Rule 30(b)(1) deposition of John Becker – limited to 3.5 hours

    b. A Rule 30(b)(1) deposition of a witness identified during venue discovery – limited to 3.5 hours

3. Defendants reserve the right to seek a protective order, should Plaintiff seek to depose a witness who lacks unique personal knowledge regarding venue issues in the case.

4. Plaintiff shall serve its written discovery within five (5) days of this Order. Defendants shall respond within twenty-one (21) days of service of the written discovery.

5. Any motions to compel written discovery or motions for a protective order shall be filed within fourteen (14) days of service of any written objections and responses or

2

deposition notices. Discovery disputes shall be governed by section 9 of the Court's model Discovery Order and continue the deadlines herein until resolved.

6. If no motion to compel or motions for a protective order are filed:

    a. Depositions will be completed by August 22, 2025

    b. Netlist will file its Opposition to Micron's Motion to dismiss by August 29, 2025

    c. Micron will file its reply by September 15, 2025

    d. Netlist will file its sur-reply by September 24, 2025

7. If a motion to compel or a motion for a protective order is filed:

    a. Depositions shall be conducted within twenty-one (21) days of completion of all written discovery, including any supplements, or the denial of all motions to compel.

    b. Netlist to file its Opposition to Micron's Motion to dismiss within fourteen (14) days after the completion of the foregoing written and deposition discovery or the denial of all motions to compel.

    c. Micron to file its Reply in support of its Motion within fourteen (14) days after Netlist files its Opposition.

    d. Netlist to file its sur-reply within nine (9) days after Micron's Reply

8. This discovery does not count against any present or future discovery limits in this proceeding.

Therefore, the parties move the Court to grant this joint motion and enter the proposed venue discovery order.

Dated: July 1, 2025

Respectfully submitted,

*/s/ Jason Sheasby*

Samuel F. Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
Jennifer L. Truelove
Texas State Bar No. 24012906
jtruelove@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 East Houston Street Suite 300
Marshall, TX 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

Jason G. Sheasby (*pro hac vice*)
jsheasby@irell.com
Andrew J. Strabone (*pro hac vice*)
astrabone@irell.com
Blair A. Silver
DC Bar No. 1000372
bsilver@irell.com
Michael W. Tezyan (*pro hac vice*)
mtezyan@irell.com
Andrew H. Henderson (*pro hac vice*)
dhenderson@irell.com
**IRELL & MANELLA LLP**
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Tel. (310) 277-1010
Fax (310) 203-7199

***Attorneys for Plaintiff Netlist, Inc.***

*/s/ Jared Bobrow*

G. Blake Thompson
Texas Bar No. 24042033
**MANN TINDEL THOMPSON**
112 East Line Street, Suite 304
Tyler, TX 75702
Tel: (903) 657-8540
Fax: (903) 557-6003
blake@themannfirm.com

Jared Bobrow (CA State Bar No. 133712)
Jason Lang (CA State Bar No. 255642)
**ORRICK, HERRINGTON &
SUTCLIFFE LLP**
1000 Marsh Road
Menlo Park, CA 94025
Tel: (650) 614-7400
Fax: (650) 614-7401
jbobrow@orrick.com
jlang@orrick.com

Sarah K. Mullins (CA State Bar No. 324558)
**ORRICK, HERRINGTON &
SUTCLIFFE LLP**
405 Howard Street
San Francisco, CA 94105-2669
Tel: (415) 773-4572
Fax: (631) 790-4932
sarahmullins@orrick.com

***Attorneys for Defendants Micron
Technology, Inc., Micron Semiconductor
Products, Inc., and Micron Technology
Texas, LLC***

**CERTIFICATE OF SERVICE**

I hereby certify that, on July 1, 2025, a copy of the foregoing was served to all counsel of record via the Court CM/ECF system.

/s/ Andrew Henderson
Andrew Henderson


**CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule CV-7(h), I hereby certify that, on June 30, 2025, counsel for Plaintiff met and conferred with counsel for Defendants on this motion. The parties reached an agreement on early discovery reflected in this joint motion.

/s/ Jason Sheasby
Jason Sheasby