## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| NETLIST, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:25-cv-557-JRG |
| | ) | |
| vs. | ) | JURY TRIAL DEMANDED |
| | ) | |
| SAMSUNG ELECTRONICS CO., LTD., | ) | (**Lead case**) |
| SAMSUNG ELECTRONICS AMERICA, | ) | |
| INC. and SAMSUNG SEMICONDUCTOR, | ) | |
| INC., | ) | |
| | ) | |
| | ) | |

| | | |
|---|---|---|
| | ) | |
| NETLIST, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:25-cv-558-JRG |
| | ) | |
| vs. | ) | JURY TRIAL DEMANDED |
| | ) | |
| MICRON TECHNOLOGY, INC., MICRON | ) | |
| SEMICONDUCTOR PRODUCTS INC., | ) | |
| MICRON TECHNOLOGY TEXAS LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT MOTION TO EXTEND DEADLINES

Plaintiff Netlist, Inc. ("Netlist"), Defendants Samsung Technology Co., Ltd., Samsung

Electronics America, Inc., and Samsung Semiconductor, Inc. (collectively "Samsung"), and

Defendants Micron Technology, Inc., Micron Semiconductor Products, Inc., and Micron

Technology Texas LLC (collectively "Micron") respectfully jointly move for a two-week

extension of the deadline for Netlist to comply with P.R. 3-1 and 3-2 (preliminary

infringement contentions) and a two-week extension of the deadline for Samsung and Micron

to comply with P.R. 3-3 and 3-4 (invalidity contentions) in the above-captioned cases.  The

parties request that the deadlines be extended as follows:

| Events | Current Deadline | Requested Extended Deadline |
|---|---|---|
| Comply with P.R. 3-1 and 3-2 (Preliminary Infringement Contentions) | July 2, 2025 (two weeks before scheduling conference) | July 16, 2025 |
| Comply with P.R. 3-3 & 3-4 (Invalidity Contentions) | August 27, 2025 (six weeks after scheduling conference) | September 24, 2025 |
| Comply with Standing Order Regarding Subject-Matter Eligibility Contentions | August 27, 2025 (six weeks after scheduling conference) | September 24, 2025 |

The parties seek this extension for good cause in light of the July 4th holiday and counsel's scheduling conflicts.  None of the parties seeks this extension for purpose of delay. A proposed order is attached.

Dated: July 2, 2025

Respectfully submitted,

/s/ Jason Sheasby

Samuel F. Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
Jennifer L. Truelove
Texas State Bar No. 24012906
jtruelove@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 East Houston Street Suite 300
Marshall, TX 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

Jason G. Sheasby (*pro hac vice*)
jsheasby@irell.com
Andrew J. Strabone (*pro hac vice*)
astrabone@irell.com
Blair A. Silver
DC Bar No. 1000372
bsilver@irell.com
Michael W. Tezyan (*pro hac vice*)

/s/ Melissa R. Smith

Melissa R. Smith
State Bar No. 24001351
GILLAM & SMITH, LLP
303 South Washington Avenue Marshall,
Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: melissa@gillamsmithlaw.com

***Attorney for Defendants Samsung Electronics, Co., Ltd., Samsung Electronics America, Inc., and Samsung Semiconductor, Inc.***

mtezyan@irell.com
Andrew H. Henderson (*pro hac vice*)
dhenderson@irell.com
**IRELL & MANELLA LLP**
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Tel. (310) 277-1010
Fax (310) 203-7199

*Attorneys for Plaintiff Netlist, Inc.*



/s/ G. Blake Thompson

G. Blake Thompson
Texas Bar No. 24042033
**MANN TINDEL THOMPSON**
112 East Line Street, Suite 304
Tyler, TX 75702
Tel: (903) 657-8540
Fax: (903) 557-6003
blake@themannfirm.com

Jared Bobrow (CA State Bar No. 133712)
Jason Lang (CA State Bar No. 255642)
**ORRICK, HERRINGTON &
SUTCLIFFE LLP**
1000 Marsh Road
Menlo Park, CA 94025
Tel: (650) 614-7400
Fax: (650) 614-7401
jbobrow@orrick.com
jlang@orrick.com

Sarah K. Mullins (CA State Bar No.
324558)
**ORRICK, HERRINGTON &
SUTCLIFFE LLP**
405 Howard Street
San Francisco, CA 94105-2669
Tel: (415) 773-4572
Fax: (631) 790-4932
sarahmullins@orrick.com

_____
*Attorneys for Defendants Micron*
*Technology, Inc., Micron Semiconductor*
*Products, Inc., and Micron Technology*
*Texas, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served on all counsel of

record.

*/s/ Jason Sheasby*
Jason Sheasby

## **CERTIFICATE OF CONFERENCE**

The undersigned hereby that the relief requested in this motion is unopposed.

*/s/ Jason Sheasby*
Jason Sheasby