# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| NETLIST, INC., | § § § | |
| *Plaintiff*, | § § | |
| v. | § § § | CIVIL ACTION NO. 2:25-CV-00557-JRG |
| SAMSUNG ELECTRONICS, CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG SEMICONDUCTOR, INC., | § § § § § § | (LEAD CASE) |
| *Defendants*. | § § | |

| | | |
|---|---|---|
| NETLIST, INC., | § § § | |
| *Plaintiff*, | § § | |
| v. | § § § | CIVIL ACTION NO. 2:25-CV-00558-JRG |
| MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS INC., and MICRON TECHNOLOGY TEXAS LLC, | § § § § § § | (MEMBER CASE) |
| *Defendants*. | § § § | |

## **ORDER**

Before the Court is the Joint Motion to Extend Deadlines (the "Motion") filed by Plaintiff Netlist, Inc., Defendants Samsung Technology Co., Ltd., Samsung Electronics America, Inc., and Samsung Semiconductor, Inc., and Defendants Micron Technology, Inc., Micron Semiconductor Products, Inc., and Micron Technology Texas LLC (collectively, the "Parties"). (Dkt. No. 13.) In the Motion, the Parties seek a two-week extension of time to comply with P.R. 3-1, 3-2, 3-3, and

3-4 and the Standing Order Regarding Subject-Matter Eligibility Contentions. (*Id.* at 1.) The requested extensions are as follows:

| Event | Current Deadline | Requested Extended Deadline |
|---|---|---|
| Comply with P.R. 3-1 and 3-2 (Preliminary Infringement Contentions) | July 2, 2025 (two weeks before scheduling conference) | July 16, 2025 |
| Comply with P.R. 3-3 & 3-4 (Invalidity Contentions) | August 27, 2025 (six weeks after scheduling conference) | September 24, 2025 |
| Comply with Standing Order Regarding Subject-Matter Eligibility Contentions | August 27, 2025 (six weeks after scheduling conference) | September 24, 2025 |

(*Id.* at 1-2.)

Having considered the Motion, and noting its joint nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, the Court **ORDERS** the deadline to comply with P.R. 3-1 and 3-2 and the deadline to comply with P.R. 3-1, 3-2, 3-3, and 3-4 and the Standing Order Regarding Subject-Matter Eligibility Contentions shall be **extended** as set forth in the table above.

**So ORDERED and SIGNED this 9th day of July, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE