UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC.,<br><br>      Plaintiff,<br><br>  vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC.; AVNET, INC.,<br><br>      Defendants. | Case No. 2:25-cv-557-JRG<br><br>JURY TRIAL DEMANDED<br>(Lead Case) |
| NETLIST, INC.,<br><br>      Plaintiff,<br><br>  vs.<br><br>MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS INC., MICRON TECHNOLOGY TEXAS LLC, AVNET, INC.<br><br>      Defendants. | Case No. 2:25-cv-558-JRG<br><br>JURY TRIAL DEMANDED<br>(Member Case) |

**JOINT MOTION TO EXTEND THE BRIEFING SCHEDULE**

On June 17, 2025, the Micron Defendants filed a motion to dismiss (2:25-cv-558, Dkt. 11) the Complaint (2:25-cv-558, Dkt 1), asserting, among other things, improper venue. The parties filed a joint motion to extend the briefing schedule for that motion to dismiss and to conduct discovery related to venue. Dkt 13. While that motion was pending, Netlist filed an amended complaint against Micron, mooting Micron's first motion to dismiss. Dkt. 15. The Court granted the first joint motion, extending the briefing schedule and authorizing discovery on venue. Dkt. 20. Netlist has served discovery requests pursuant to that order. Micron then filed a motion to dismiss Netlist's amended complaint, again asserting, among other things, improper venue. Dkt. 28.

The briefing schedule in the Court's prior Order (Dkt. 20) depended on whether motions to compel were filed and when the previously ordered discovery completed, and that schedule is copied below for ease of reference:

1. If no motion to compel or motions for a protective order are filed:
   a. Depositions will be completed by August 22, 2025
   b. Netlist will file its Opposition to Micron's Motion to dismiss by August 29, 2025
   c. Micron will file its reply by September 15, 2025
   d. Netlist will file its sur-reply by September 24, 2025
2. If a motion to compel or a motion for a protective order is filed:
   a. Depositions shall be conducted within twenty-one (21) days of completion of all written discovery, including any supplements, or the denial of all motions to compel.
   b. Netlist to file its Opposition to Micron's Motion to dismiss within fourteen (14) days after the completion of the foregoing written and deposition discovery or the denial of all motions to compel.

    c. Micron to file its Reply in support of its Motion with fourteen (14) days after Netlist files its Opposition.

    d. Netlist to file its sur-reply within nine (9) days after Micron's Reply

The parties have agreed that the same extended briefing schedule should apply to Micron's motion to dismiss Netlist's amended complaint (Dkt. 28). Therefore, the parties move the Court to grant this joint motion and enter the proposed venue discovery order.

Dated: July 30, 2025

Respectfully submitted,

/s/ Jennifer Truelove

Samuel F. Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
Jennifer L. Truelove
Texas State Bar No. 24012906
jtruelove@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 East Houston Street Suite 300
Marshall, TX 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

Jason G. Sheasby (*pro hac vice*)
jsheasby@irell.com
Andrew J. Strabone (*pro hac vice*)
astrabone@irell.com
Blair A. Silver
DC Bar No. 1000372
bsilver@irell.com
Michael W. Tezyan (*pro hac vice*)
mtezyan@irell.com
Andrew H. Henderson (*pro hac vice*)
dhenderson@irell.com
**IRELL & MANELLA LLP**
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Tel. (310) 277-1010
Fax (310) 203-7199
***Attorneys for Plaintiff Netlist, Inc.***

                                                    _____

*/s/Blake Thompson*
 Blake Thompson
Texas Bar No. 24042033
**MANN TINDEL THOMPSON**
112 East Line Street, Suite 304
Tyler, TX 75702
Tel: (903) 657-8540
Fax: (903) 557-6003
blake@themannfirm.com

Jared Bobrow (CA State Bar No. 133712)
Jason Lang (CA State Bar No. 255642)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
1000 Marsh Road
Menlo Park, CA 94025
Tel: (650) 614-7400
Fax: (650) 614-7401
jbobrow@orrick.com
jlang@orrick.com

Kim B. Goldberg (pro hac vice)
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019
Tel: (212) 506-5203
Fax: (212) 506-5151
kgoldberg@orrick.com

Sarah K. Mullins (CA State Bar No. 324558)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
405 Howard Street
San Francisco, CA 94105-2669
Tel: (415) 773-4572
Fax: (631) 790-4932
sarahmullins@orrick.com

Michael R. Rueckheim
Texas Bar No. 24081129
**WINSTON & STRAWN LLP**
255 Shoreline Drive, Suite 520

Redwood City, CA 94065  
Tel: (650) 858-6500  
Fax: (650) 858-6559

***Attorneys for Defendants Micron Technology, Inc., Micron Semiconductor Products, Inc., and Micron Technology Texas, LLC***

## CERTIFICATE OF SERVICE

I hereby certify that, on July 30, 2025, a copy of the foregoing was served to all counsel of record via the Court CM/ECF system.

/s/Andrew Henderson
Andrew Henderson

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule CV-7(h), I hereby certify that, on July 30, 2025, counsel for Plaintiff met and conferred with counsel for Defendants on this motion. The parties reached an agreement as reflected in this joint motion.

/s/Jason Sheasby
Jason Sheasby