# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| NETLIST, INC., § § *Plaintiff*, § § v. § § SAMSUNG ELECTRONICS, CO., LTD., § SAMSUNG ELECTRONICS AMERICA, § INC., and SAMSUNG § SEMICONDUCTOR, INC., § § *Defendants*. § | | CIVIL ACTION NO. 2:25-CV-00557-JRG (LEAD CASE) |
| NETLIST, INC., § § *Plaintiff*, § § v. § § MICRON TECHNOLOGY, INC., § MICRON SEMICONDUCTOR § PRODUCTS INC., and MICRON § TECHNOLOGY TEXAS LLC, § § *Defendants*. § § | | CIVIL ACTION NO. 2:25-CV-00558-JRG (MEMBER CASE) |

## ORDER

Before the Court is the Motion to Dismiss Complaint (the "Motion to Dismiss) filed in Member Case No. 2:25-cv-00558-JRG by Defendants Micron Technology, Inc., Micron Semiconductor Products, Inc., and Micron Technology Texas, LLC (collectively, "Micron"). (Case No. 2:25-cv-00558-JRG, Dkt. No. 11.) Since Micron filed the Motion to Dismiss, on July 8, 2025, Plaintiff Netlist Inc. ("Plaintiff") filed the First Amended Complaint against Micron. (Dkt. No. 15.)

It is well established that a later-filed amended complaint moots a motion asking the Court to dismiss an earlier-filed complaint. *See Griffin v. Am. Zurich Ins. Co.*, 697 F. App'x 793, 797 (5th Cir. 2017) ("Once filed, that amended complaint rendered all earlier motions . . . moot*."); see also Bishop Display Tech LLC v. Samsung Elecs. Co., Ltd.*, Case No. 2:21-cv-00139-JRG, Dkt. No. 40 (E.D. Tex. Oct. 4, 2021) ("Once Plaintiff filed its amended complaint, the Motion became moot."); *Ultravision Techs., LLC v. Eaton Corp. PLC*, No. 2:19-CV-00290-JRG, 2019 WL 11250161, at *1 (E.D. Tex. Nov. 7, 2019) ("Accordingly, the filing of an amended complaint moots a motion to dismiss the original complaint.").

Accordingly, the Court finds that the Motion to Dismiss (Case No. 2:25-cv-00558-JRG, Dkt. No. 11), which is based upon Plaintiff's Original Complaint, should be and hereby is **DENIED AS MOOT**.

So ORDERED and SIGNED this 14th day of August, 2025.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE