# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 2:25-cv-557-JRG |
| vs. | ) |
| | ) **JURY TRIAL DEMANDED** |
| SAMSUNG ELECTRONICS CO., LTD., | ) (Lead Case) |
| SAMSUNG ELECTRONICS AMERICA, | ) |
| INC., SAMSUNG SEMICONDUCTOR, | ) |
| INC.; AVNET, INC., | ) |
| | ) |
| Defendants. | ) |
| | ) |
| NETLIST, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 2:25-cv-558-JRG |
| vs. | ) |
| | ) **JURY TRIAL DEMANDED** |
| MICRON TECHNOLOGY, INC.; MICRON | ) (Member case) |
| SEMICONDUCTOR PRODUCTS, INC.; | ) |
| MICRON TECHNOLOGY TEXAS LLC; | ) |
| AVNET, INC., | ) |
| | ) |
| Defendants. | ) |
| | ) |

### UNOPPOSED MOTION OF EXTENSION OF TIME FOR NETLIST'S OPPOSITION TO MOTION TO DISMISS FOR IMPROPER VENUE (DKT 65) AND CERTAIN OF PLAINTIFF'S INFRINGEMENT CLAIMS (DKT. 66)

Plaintiff Netlist, Inc. ("Netlist") respectfully moves the Court to extend the deadlines for Netlist to file its Oppositions to the Motion to Dismiss for Improper Venue (Dkt. 65) and Motion to Dismiss Certain of Plaintiff's Infringement Claims (Dkt. 66) filed by Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung Semiconductor, Inc., (collectively "Samsung") on September 11, 2025. Netlist requests that the current deadlines be extended by two (2) weeks as follows:

| Events | Current Deadline | Requested Extended Deadline |
|---|---|---|
| File Opposition to Samsung's Motion to Dismiss for Improper Venue (Dkt. 65) | September 25, 2025 | October 9, 2025 |
| File Opposition to Samsung's Motion to Dismiss Certain of Plaintiff's Infringement Claims (Dkt. 66) | September 25, 2025 | October 9, 2025 |

Netlist seeks this extension to allow additional time to prepare meaningful briefing of the issues for the Court's consideration. Counsel for Samsung does not oppose the requested extension. A proposed order is attached.

Dated: September 17, 2025

Respectfully submitted,

*/s/ Jason G. Sheasby*

Samuel F. Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
Jennifer L. Truelove
Texas State Bar No. 24012906
jtruelove@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 East Houston Street Suite 300
Marshall, TX 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

Jason G. Sheasby (*pro hac vice*)
jsheasby@irell.com
Andrew J. Strabone (*pro hac vice*)
astrabone@irell.com
Blair A. Silver (*pro hac vice*)
bsilver@irell.com
Michael W. Tezyan (*pro hac vice*)
mtezyan@irell.com
Andrew H. Henderson (*pro hac vice*)
dhenderson@irell.com
**IRELL & MANELLA LLP**
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Tel. (310) 277-1010
Fax (310) 203-7199

                                    *Attorneys for Plaintiff Netlist, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served on all counsel of record by email on September 17, 2025.

                                      */s/ Andrew Henderson*
                                      Andrew Henderson

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies pursuant to Local Rule CV-7(h) that the relief requested in this motion is unopposed.

                                      */s/ Andrew Henderson*
                                      Andrew Henderson