**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| NETLIST, INC., | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | Case No. 2:25-cv-557-JRG |
| SAMSUNG ELECTRONICS CO, LTD; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG SEMICONDUCTOR INC., | ) ) ) ) ) ) | JURY TRIAL DEMANDED (Lead Case) |
| Defendants. | ) | |
| NETLIST, INC., | ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. 2:25-cv-558-JRG |
| MICRON TECHNOLOGY, INC.; MICRON SEMICONDUCTOR PRODUCTS, INC.; MICRON TECHNOLOGY TEXAS LLC, | ) ) ) ) | JURY TRIAL DEMANDED |
| Defendants. | ) ) ) | |

**ORDER**

Before the Court is Plaintiff Netlist, Inc. ("Netlist")'s Unopposed Motion for Extension of Time for Netlist's Opposition to the Motion to Dismiss for Improper Venue (Dkt. 65) and Certain of Plaintiff's Infringement Claims (Dkt. 66) filed by Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung Semiconductor, Inc., (collectively "Samsung"). Having considered the same, the Court is of the opinion the motion should be GRANTED. Accordingly, the deadline for Netlist to file its Opposition to Samsung's Motion to Dismiss for Improper Venue (Dkt. 65) and Certain of Plaintiff's Infringement Claims (Dkt. 66) is extended up to and through October 9, 2025.

So ORDERED and SIGNED this _____ day of September, 2025.

2

_____

UNITED STATES DISTRICT JUDGE