# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| NETLIST, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> SAMSUNG ELECTRONICS, CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., and AVNET INC., <br><br> *Defendants*. | § § § § § § § § § § § § § | CIVIL ACTION NO. 2:25-CV-00557-JRG <br> (LEAD CASE) |
| NETLIST, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS INC., MICRON TECHNOLOGY TEXAS LLC, and AVNET INC., <br><br> *Defendants*. | § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 2:25-CV-00558-JRG <br> (MEMBER CASE) |

## **ORDER**

Before the Court is the Unopposed Motion of Extension of Time for Netlist's Opposition to Motion to Dismiss for Improper Venue (Dkt. No. 65) and Certain of Plaintiff's Infringement Claims (Dkt. No. 66) (the "Motion") filed by Plaintiff Netlist, Inc. ("Plaintiff"). (Dkt. No. 72.) In the Motion, Plaintiff seeks a 14-day extension of time to file opposition to Samsung's motion to dismiss for improper venue (Dkt. No. 65) and Samsung's motion to dismiss certain of Plaintiff's

infringement claims (Dkt. No. 66) (Dkt. No. 72 at 1.) The requested extension would move both deadlines from September 25, 2025, up to and including October 9, 2025. (*Id.* at 2.) The Motion is unopposed. (*Id.*)

Having considered the Motion, and noting its unopposed nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, the Court **ORDERS** that the deadlines for Plaintiff to file oppositions to Dkt. Nos. 65 and 66 are **extended** up to and including October 9, 2025.

**So ORDERED and SIGNED this 19th day of September, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE