**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| NETLIST, INC., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 2:25-CV-00557-JRG |
| SAMSUNG ELECTRONICS, CO., LTD., | § | (LEAD CASE) |
| SAMSUNG ELECTRONICS AMERICA, | § | |
| INC., SAMSUNG SEMICONDUCTOR, | § | |
| INC., and AVNET INC., | § | |
| | § | |
| *Defendants*. | § | |

| | | |
|---|---|---|
| NETLIST, INC., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:25-CV-00558-JRG |
| | § | (MEMBER CASE) |
| MICRON TECHNOLOGY, INC., MICRON | § | |
| SEMICONDUCTOR PRODUCTS INC., | § | |
| MICRON TECHNOLOGY TEXAS LLC, | § | |
| and AVNET INC., | § | |
| | § | |
| *Defendants*. | § | |

## <u>Order</u>

Before the Court is the Unopposed Motion of Extension of Time for Netlist's Opposition to Avnet's Partial Motion to Dismiss (Dkt. No. 68) (the "Motion") filed by Plaintiff Netlist, Inc. ("Plaintiff"). (Dkt. No. 74.) In the Motion, Plaintiff seeks a 14-day extension of time to file its Opposition to the Partial Motion to Dismiss Netlist's First Amended Complaint (Dkt. No. 68) filed by Defendant Avnet, Inc. ("Avnet"). (Dkt. No. 74 at 1.) The requested extension would move the

deadline from September 29, 2025, up to and including October 13, 2025. (*Id.*) The Motion is unopposed. (*Id.* at 2.)

Having considered the Motion, and noting its unopposed nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, the Court **ORDERS** that the deadline for Plaintiff to file its Opposition to Avnet's Partial Motion to Dismiss is **extended** up to and including October 13, 2025.

**So ORDERED and SIGNED this 25th day of September, 2025.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE