UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 2:25-cv-557-JRG |
| vs. ) | |
| ) | JURY TRIAL DEMANDED |
| SAMSUNG ELECTRONICS CO, LTD; ) | (Lead Case) |
| SAMSUNG ELECTRONICS AMERICA, ) | |
| INC.; SAMSUNG SEMICONDUCTOR ) | |
| INC., and AVNET, INC., ) | |
| ) | |
| Defendants. ) | |
| NETLIST, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 2:25-cv-558-JRG |
| vs. ) | |
| ) | JURY TRIAL DEMANDED |
| MICRON TECHNOLOGY, INC., MICRON ) | |
| SEMICONDUCTOR PRODUCTS INC., ) | |
| MICRON TECHNOLOGY TEXAS LLC, ) | |
| and AVNET, INC., ) | |
| ) | |
| Defendants. ) | |

**JOINT MOTION TO EXTEND THE BRIEFING SCHEDULE AND
STIPULATION FOR LIMITED VENUE DISCOVERY**

In both of the above-captioned cases, Defendant Avnet, Inc. has moved to dismiss Netlist's First Amended Complaints (Dkts. 14, 15), based, in part, on improper venue. *See* Dkts. 68, 69. The parties have agreed to extend the briefing schedule pending stipulated discovery related to venue, as follows:

1. Plaintiff may serve the following written discovery directed to the propriety of venue in this District on the issues raised in Defendant Avnet's motions (Dkts. 68, 69):

    a. Up to three (3) requests for production in each case; and

    b. Up to three (3) interrogatories in each case;

2. Plaintiff may conduct the following depositions for the specified durations, limited to issues relating to venue:

    a. A Rule 30(b)(1) deposition of Avnet declarant, Mark Wysolmierski – limited to 3 hours

    b. A Rule 30(b)(1) deposition of Avnet declarant, Steven Foley – limited to 3 hours

    c. A Rule 30(b)(1) deposition of Avnet declarant, Edward Wheat – limited to 3 hours

    d. A Rule 30(b)(1) deposition of Avnet declarant, Christen Tanner – limited to 3 hours

    e. A Rule 30(b)(1) deposition of an Avnet witness identified during venue discovery – limited to 3 hours

3. Avnet reserves the right to seek a protective order, should Plaintiff seek to depose a witness who lacks unique personal knowledge regarding venue issues in the case.

4. Plaintiff shall serve its written discovery within five (5) days of filing this joint motion and stipulation. Defendants shall respond within twenty-one (21) days of service of the written discovery.

5. Any motions to compel written discovery or motions for a protective order shall be filed within fourteen (14) days of service of any written objections and responses or deposition notices. Discovery disputes shall be governed by section 9 of the Court's Discovery Order (Dkt. 51) and continue the deadlines herein until resolved.

6. Depositions shall be conducted within twenty-one (21) days of completion of all written discovery, including any supplements, or the denial of all motions to compel.

7. Netlist to file its opposition to Avnet's motions to dismiss within fourteen (14) days after the completion of the foregoing written and deposition discovery or the denial of all motions to compel.

8. Avnet to file its replies in support of its motions within fourteen (14) days after Netlist files its oppositions.

9. Netlist to file its sur-reply within nine (9) days after Avnet's replies

10. This discovery does not count against any present or future discovery limits in this proceeding.

Therefore, the parties move the Court to grant this joint motion to extend the briefing schedule in light of the parties' stipulation on venue discovery.

Dated: September 29, 2025

Respectfully submitted,

| | |
|---|---|
| */s/ Jason Sheasby* | */s/ Jared Bobrow* |
| Samuel F. Baxter<br>Texas State Bar No. 01938000<br>sbaxter@mckoolsmith.com<br>Jennifer L. Truelove<br>Texas State Bar No. 24012906<br>jtruelove@mckoolsmith.com<br>MCKOOL SMITH, P.C.<br>104 East Houston Street Suite 300<br>Marshall, TX 75670<br>Telephone: (903) 923-9000<br>Facsimile: (903) 923-9099<br><br>Jason G. Sheasby (*pro hac vice*)<br>jsheasby@irell.com<br>Andrew J. Strabone (*pro hac vice*)<br>astrabone@irell.com<br>Blair A. Silver<br>DC Bar No. 1000372<br>bsilver@irell.com<br>Michael W. Tezyan (*pro hac vice*)<br>mtezyan@irell.com<br>Andrew H. Henderson (*pro hac vice*)<br>dhenderson@irell.com<br>IRELL & MANELLA LLP<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, CA 90067<br>Tel. (310) 277-1010<br>Fax (310) 203-7199<br><br>*Attorneys for Plaintiff Netlist, Inc.* | G. Blake Thompson<br>Texas Bar No. 24042033<br>MANN TINDEL THOMPSON<br>112 East Line Street, Suite 304<br>Tyler, TX 75702<br>Tel: (903) 657-8540<br>Fax: (903) 557-6003<br>blake@themannfirm.com<br><br>Jared Bobrow (CA State Bar No. 133712)<br>Jason Lang (CA State Bar No. 255642)<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025<br>Tel: (650) 614-7400<br>Fax: (650) 614-7401<br>jbobrow@orrick.com<br>jlang@orrick.com<br><br>Sarah K. Mullins (CA State Bar No. 324558)<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>405 Howard Street<br>San Francisco, CA 94105-2669<br>Tel: (415) 773-4572<br>Fax: (631) 790-4932<br>sarahmullins@orrick.com<br>***Attorneys for Defendant Avnet, Inc. in Case No. 2:25-cv-558-JRG***<br><br>*/s/ Brian R. Nester*<br>Brian R. Nester<br>DC Bar No. 460225<br>bnester@cov.com<br>COVINGTON & BURLING LLP<br>One CityCenter 850 Tenth Street, N |

4

Washington, DC 20001-4956
Telephone: (202) 662-6000
Thomas E. Garten
CA Bar No. 247122
tgarten@cov.com
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
Telephone: (415) 591-6000

Melissa Richards Smith
melissa@gillamsmith.com
GILLAM & SMITH, LLP
303 South Washington Ave.
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

J. Travis Underwood
Texas Bar No. 24102587
travis@gillamsmithlaw.com
GILLAM & SMITH, LLP
102 North College Avenue, Suite 800
Tyler, Texas 75702
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

***Attorneys for Defendant Avnet, Inc. in Case No. 2:25-cv-557-JRG***

**CERTIFICATE OF SERVICE**

I hereby certify that, on September 29, 2025, a copy of the foregoing was served to all counsel of record via the Court CM/ECF system.

*/s/ Andrew Henderson*
Andrew Henderson

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule CV-7(h), I hereby certify that, on September 28, 2025, counsel for Plaintiff met and conferred with counsel for Defendants on this motion. The parties reached an agreement on venue discovery and the extension of briefing in this joint motion.

*/s/ Jason Sheasby*
Jason Sheasby