# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>SAMSUNG ELECTRONICS CO, LTD; )<br>SAMSUNG ELECTRONICS AMERICA, )<br>INC.; SAMSUNG SEMICONDUCTOR )<br>INC., and AVNET, INC., )<br>)<br>Defendants. ) | Case No. 2:25-cv-557-JRG<br><br>JURY TRIAL DEMANDED<br>(Lead Case) |
| NETLIST, INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MICRON TECHNOLOGY, INC.; MICRON )<br>SEMICONDUCTOR PRODUCTS, INC.; )<br>MICRON TECHNOLOGY TEXAS LLC, )<br>and AVNET, INC., )<br>)<br>Defendants. ) | Case No. 2:25-cv-558-JRG<br><br>**JURY TRIAL DEMANDED** |

### ORDER GRANTING THE PARTIES' JOINT MOTION TO EXTEND THE BRIEFING SCHEDULE IN LIGHT OF STIPULATED VENUE DISCOVERY

Before the Court is the Joint Motion to Extend the Briefing Schedule and Stipulation for Limited Venue Discovery (the "Motion") filed by Plaintiff Netlist, Inc. and Defendant Avnet, Inc. In both of the above-captioned cases, Defendant Avnet, Inc. has moved to partially dismiss Netlist's First Amended Complaints (Dkts. 14, 15), based, in part, on improper venue. See Dkts. 68, 69. The parties have agreed to extend the briefing schedule pending stipulated discovery related to venue, including requests for production, interrogatories, and depositions, and briefing on motions to compel. Having considered the Motion and the parties stipulated discovery therein, the Court finds that it should be and hereby is GRANTED. Accordingly, it is ORDERED as follows:

1. Netlist to file its opposition to Avnet's motions to dismiss within fourteen (14) days after the completion of the written and deposition discovery agreed to in the parties' September 29, 2025, stipulation or the denial of all motions to compel.

2. Avnet to file its replies in support of its motions within fourteen (14) days after Netlist files its oppositions.

3. Netlist to file its sur-reply within nine (9) days after Avnet's replies.

4. The stipulated venue discovery must be limited to venue issues raised in Avnet's motions to dismiss and does not count against any present or future discovery limits in this proceeding.

So ORDERED and SIGNED this _____ day of September, 2025.

UNITED STATES DISTRICT JUDGE