UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC.,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>SAMSUNG ELECTRONICS CO, LTD;<br>SAMSUNG ELECTRONICS AMERICA,<br>INC.; SAMSUNG SEMICONDUCTOR<br>INC., and AVNET, INC.,<br><br>　　　　Defendants. | Case No. 2:25-cv-557-JRG<br><br>JURY TRIAL DEMANDED<br>(Lead Case) |
| NETLIST, INC.,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MICRON TECHNOLOGY, INC., MICRON<br>SEMICONDUCTOR PRODUCTS INC.,<br>MICRON TECHNOLOGY TEXAS LLC,<br>and AVNET, INC.,<br><br>　　　　Defendants. | Case No. 2:25-cv-558-JRG<br><br>JURY TRIAL DEMANDED |

**UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO SAMSUNG DEFENDANTS' MOTION TO AMEND IN PART THE DOCKET CONTROL ORDER (DKT. 76)**

Plaintiff Netlist, Inc. ("Netlist") respectfully requests the Court extend the deadline for Netlist to file its opposition to Samsung Defendants' Motion to Amend In Part the Docket Control Order (Dkt. 76) by one (1) week as follows:

| Events | Current Deadline | Requested Extended Deadline |
|---|---|---|
| File Opposition to Samsung Defendants' Motion to Amend In Part the Docket Control Order (Dkt. 76) | October 9, 2025 | October 16, 2025 |

Netlist seeks this extension to allow additional time to negotiate an agreement that will resolve the issues raised in Samsung's motion without the need for Court intervention. The parties have been in ongoing discussions, but require additional time in light of the Chuseok holiday in Korea this week. The Samsung Defendants do not oppose. A proposed order is attached.

| | |
|---|---|
| Dated: October 8, 2025 | Respectfully submitted,<br><br>*/s/ Jason Sheasby*<br>Samuel F. Baxter<br>Texas State Bar No. 01938000<br>sbaxter@mckoolsmith.com<br>Jennifer L. Truelove<br>Texas State Bar No. 24012906<br>jtruelove@mckoolsmith.com<br>**MCKOOL SMITH, P.C.**<br>104 East Houston Street Suite 300<br>Marshall, TX 75670<br>Telephone: (903) 923-9000<br>Facsimile: (903) 923-9099<br><br>Jason G. Sheasby (*pro hac vice*)<br>jsheasby@irell.com<br>Andrew J. Strabone (*pro hac vice*)<br>astrabone@irell.com<br>Blair A. Silver (*pro hac vice*)<br>bsilver@irell.com<br>Michael W. Tezyan (*pro hac vice*)<br>mtezyan@irell.com<br>Andrew H. Henderson (*pro hac vice*)<br>dhenderson@irell.com<br>**IRELL & MANELLA LLP**<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, CA 90067<br>Tel. (310) 277-1010<br>Fax (310) 203-7199<br><br>***Attorneys for Plaintiff Netlist, Inc.*** |

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served on all counsel of record by email on October 8, 2025.

>*/s/ Blair A. Silver*
>Blair A. Silver

## **CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies pursuant to Local Rule CV-7(h) that the relief requested in this motion is unopposed.

>*/s/ Blair A. Silver*
>Blair A. Silver