# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| NETLIST, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> SAMSUNG ELECTRONICS, CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., and AVNET INC., <br><br> *Defendants*. | § § § § § § § § § § § § § | CIVIL ACTION NO. 2:25-CV-00557-JRG <br> (LEAD CASE) |
| NETLIST, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS INC., MICRON TECHNOLOGY TEXAS LLC, and AVNET INC., <br><br> *Defendants*. | § § § § § § § § § § § § § § § | CIVIL ACTION NO. 2:25-CV-00558-JRG <br> (MEMBER CASE) |

## ORDER

Before the Court is the Samsung Defendants' Motion to Amend the Docket Control Order (the "Motion") filed by Defendants Samsung Electronics Co., Ltd., Samsung Semiconductor, Inc., and Samsung Electronics America, Inc. (collectively, "Samsung"). (Dkt. No. 76.) In the Motion, Samsung represents that it must obtained approval from the Ministry of Trade, Industry and Energy ("MOTIE") to export certain portions of the technical documentation that P.R. 3-4 requires be

produced. As such, Samsung requests an amendment to the Docket Control Order to permit productions of these documents "ten days after MOTIE approves Samsung's application." (*Id.* at 1.)

Having considered the Motion, the Court finds that it should be and hereby is **GRANTED-AS-MODIFIED**. Samsung is **ORDERED** produce these documents within the sooner of these two deadlines: ten days after MOTIE approval of Samsung's application, or within 60 days of this Order.

**So ORDERED and SIGNED this 10th day of October, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE