IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| NETLIST, INC., § § *Plaintiff*, § § v. § § SAMSUNG ELECTRONICS, CO., LTD., § SAMSUNG ELECTRONICS AMERICA, § INC., SAMSUNG SEMICONDUCTOR, § INC., and AVNET INC., § § *Defendants*. § | | CIVIL ACTION NO. 2:25-CV-00557-JRG (LEAD CASE) |
| NETLIST, INC., § § *Plaintiff*, § § v. § § MICRON TECHNOLOGY, INC., § MICRON SEMICONDUCTOR § PRODUCTS INC., MICRON § TECHNOLOGY TEXAS LLC, and § AVNET INC., § § *Defendants*. § | | CIVIL ACTION NO. 2:25-CV-00558-JRG (MEMBER CASE) |

# **ORDER**

Before the Court is the Joint Motion to Extend the Briefing Schedule and Stipulation for Limited Venue Discovery (the "Motion") filed by Plaintiff Netlist, Inc. ("Plaintiff") and Defendant Avnet, Inc. ("Avnet") (collectively, the "Parties"). (Dkt. No. 78). In the Motion, the Parties stated that they "have agreed to extend to the briefing schedule" regarding Avnet's Motions to Dismiss Plaintiff's First Amended Complaints (Dkt. Nos. 68, 69), and that this agreement is pending based

on stipulated venue discovery. (Dkt. No. 78 at 2.) The stipulations of the Parties regarding venue discovery are as follows:

1. Plaintiff may serve the following written discovery directed to the propriety of venue in this District on the issues raised in Defendant Avnet's motions (Dkts. 68, 69):
    a. Up to three (3) requests for production in each case; and
    b. Up to three (3) interrogatories in each case;
2. Plaintiff may conduct the following depositions for the specified durations, limited to issues relating to venue:
    a. A Rule 30(b)(1) deposition of Avnet declarant, Mark Wysolmierski – limited to 3 hours
    b. A Rule 30(b)(1) deposition of Avnet declarant, Steven Foley – limited to 3 hours
    c. A Rule 30(b)(1) deposition of Avnet declarant, Edward Wheat – limited to 3 hours
    d. A Rule 30(b)(1) deposition of Avnet declarant, Christen Tanner – limited to 3 hours
    e. A Rule 30(b)(1) deposition of an Avnet witness identified during venue discovery – limited to 3 hours
3. Avnet reserves the right to seek a protective order, should Plaintiff seek to depose a witness who lacks unique personal knowledge regarding venue issues in the case.
4. Plaintiff shall serve its written discovery within five (5) days of filing this joint motion and stipulation. Defendants shall respond within twenty-one (21) days of service of the written discovery.
5. Any motions to compel written discovery or motions for a protective order shall be filed within fourteen (14) days of service of any written objections and responses or deposition

notices. Discovery disputes shall be governed by section 9 of the Court's Discovery Order (Dkt. 51) and continue the deadlines herein until resolved.

6. Depositions shall be conducted within twenty-one (21) days of completion of all written discovery, including any supplements, or the denial of all motions to compel.

7. Netlist to file its opposition to Avnet's motions to dismiss within fourteen (14) days after the completion of the foregoing written and deposition discovery or the denial of all motions to compel.

8. Avnet to file its replies in support of its motions within fourteen (14) days after Netlist files its oppositions.

9. Netlist to file its sur-reply within nine (9) days after Avnet's replies

10. This discovery does not count against any present or future discovery limits in this proceeding.

Having considered the Motion, and noting its joint nature, the Court finds that it should be and hereby is **GRANTED**. The Parties may extend their briefing schedule in light of the stipulated venue discovery described above.

**So ORDERED and SIGNED this 10th day of October, 2025.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE