IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| NETLIST, INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONICS, CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., and AVNET INC.,<br><br>*Defendants*. | § § § § § § § § § § § § § | CIVIL ACTION NO. 2:25-CV-00557-JRG<br>(LEAD CASE) |
| NETLIST, INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS INC., MICRON TECHNOLOGY TEXAS LLC, and AVNET INC.,<br><br>*Defendants*. | § § § § § § § § § § § § § § § | CIVIL ACTION NO. 2:25-CV-00558-JRG<br>(MEMBER CASE) |

## **ORDER**

Before the Court is the Unopposed Motion to Extend Deadline to Respond to Samsung Defendants' Motion to Amend in Part the Docket Control Order (Dkt. No. 76) (the "Motion") filed by Plaintiff Netlist, Inc. ("Plaintiff"). (Dkt. No. 80.) In the Motion, Plaintiff seeks a 7-day extension of time to file its opposition to the Samsung Defendants' Motion to Amend in Part the Docket Control Order ("Samsung's Motion") (Dkt. No. 76) (*Id.* at 2.) The requested extension would move

the deadline from October 9, 2025, up to and including October 16, 2025. (*Id.*) The Motion is unopposed. (*Id.*)

Having considered the Motion, and noting its unopposed nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, the Court **ORDERS** that the deadline for Plaintiff to respond to Samsung's Motion is **extended** up to and including October 16, 2025.

**So ORDERED and SIGNED this 10th day of October, 2025.**

                                                RODNEY GILSTRAP
                                                UNITED STATES DISTRICT JUDGE