# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| NETLIST, INC., § | | |
| § | | |
| Plaintiff, § | | |
| v. § | | |
| § | | |
| SAMSUNG ELECTRONICS CO., LTD., § | | |
| SAMSUNG ELECTRONICS AMERICA, § | | |
| INC., SAMSUNG SEMICONDUCTOR, § | C.A. No. 2:25-cv-557-JRG | |
| INC.; AVNET, INC., § | | |
| § | JURY TRIAL DEMANDED | |
| Defendants. § | (Lead Case) | |
| § | | |
| NETLIST, INC., § | | |
| § | | |
| Plaintiff, § | | |
| v. § | | |
| § | | |
| MICRON TECHNOLOGY, INC., § | | |
| MICRON SEMICONDUCTOR § | | |
| PRODUCTS, INC., AND MICRON § | C.A. No. 2:25-cv-558-JRG | |
| TECHNOLOGY TEXAS LLC; AVNET, § | | |
| INC., § | JURY TRIAL DEMANDED | |
| § | (Member Case) | |
| Defendants. § | | |

## ORDER

The Court, having considered the Motion to Stay Pending Resolution of Venue Issue ("Motion") filed by Defendants Micron Technology, Inc., Micron Semiconductor Products, Inc., and Micron Technology Texas, LLC (collectively, the "Micron Defendants"), briefing submitted by the Parties, matter of which the Court may take judicial notice, and the applicable law, finds that the Motion should be **GRANTED**.

It is therefore **ORDERED** that all proceeding in this action with respect to the Micron Defendants, aside from venue discovery and briefing on Micron's motion to dismiss, are stayed

pending the Court's decision on the venue issues raised in Micron's motion to dismiss (Dkt. 28).