# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| NETLIST, INC., | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | |
| | § | |
| SAMSUNG ELECTRONICS CO., LTD., | § | |
| SAMSUNG ELECTRONICS AMERICA, | § | |
| INC., SAMSUNG SEMICONDUCTOR, | § | C.A. No. 2:25-cv-557-JRG |
| INC.; AVNET, INC., | § | |
| | § | JURY TRIAL DEMANDED |
| Defendants. | § | (Lead Case) |
| | § | |
| NETLIST, INC., | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | |
| | § | |
| MICRON TECHNOLOGY, INC., | § | |
| MICRON SEMICONDUCTOR | § | |
| PRODUCTS, INC., AND MICRON | § | C.A. No. 2:25-cv-558-JRG |
| TECHNOLOGY TEXAS LLC; AVNET, | § | |
| INC., | § | JURY TRIAL DEMANDED |
| | § | (Member Case) |
| Defendants. | § | |

## NOTICE OF RELATED CASES

Defendants Micron Technology, Inc., Micron Semiconductor Products, Inc., Micron Technology Texas LLC, and Avnet, Inc. (collectively, "Defendants") hereby file this Notice of Related Cases, informing the Court that *Micron Tech., Inc. et al. v. Netlist, Inc.*, Case No. 1:25-cv-00629-JLH, which was filed on May 20, 2025; and *Micron Tech., Inc. et al. v. Netlist, Inc.*, Case No. 1:25-cv-00863-JLH, which was filed on July 10, 2025, involve many of the same parties as the above-captioned case, and each case has one patent in common with the two asserted patents in the above-captioned case. Both cases are currently pending in the District of Delaware.

Dated: October 13, 2025

Respectfully submitted,

*/s/ G. Blake Thompson*

**G. Blake Thompson**
Texas Bar No. 24042033
Blake@TheMannFirm.com
**MANN | TINDEL | THOMPSON**
112 East Line Street, Suite 304
Tyler, TX 75702
Tel: (903) 657-8540
Fax: (903) 557-6003

Jared Bobrow (CA State Bar No. 133712)
Jason Lang (CA State Bar No. 255642)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
1000 Marsh Road
Menlo Park, CA  94025-1015
Tel: (650) 614-7400
Fax: (650) 614-7401
jbobrow@orrick.com
jlang@orrick.com
drutowski@orrick.com
psagdeo@orrick.com

Kim B. Goldberg (*pro hac vice*)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
51 West 52nd Street
New York, NY 10019
Tel:  (212) 506-5203
Fax:  (212) 506-5151
kgoldberg@orrick.com

Sarah K. Mullins (CA State Bar No. 324558)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
405 Howard Street
San Francisco, CA 94105
Tel:  (415)  773-4572
Fax:  (631) 790-4932
sarahmullins@orrick.com

***Attorney for Defendants Micron Technology,
Inc., Micron Semiconductor Products, Inc.,
Micron Technology Texas LLC, and Avnet, Inc.***

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that on October 13, 2025, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5.

       <u> /s/ G. Blake Thompson    </u>
       **G. Blake Thompson**