# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| NETLIST, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> SAMSUNG ELECTRONICS, CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., and AVNET INC., <br><br> *Defendants*. | § § § § § § § § § § § § § | CIVIL ACTION NO. 2:25-CV-00557-JRG <br> (LEAD CASE) |
| NETLIST, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS INC., MICRON TECHNOLOGY TEXAS LLC, and AVNET INC., <br><br> *Defendants*. | § § § § § § § § § § § § § § § | CIVIL ACTION NO. 2:25-CV-00558-JRG <br> (MEMBER CASE) |

## **ORDER**

Before the Court is Defendants Micron Technology, Inc., Micron Semiconductor Products, Inc., and Micron Technology Texas LLC's (collectively, "Micron") Notice of Readiness for Hearing on Netlist's Motion to Compel (the "Notice"). (Dkt. No. 75.) The Notice informs the Court that Micron is available for a hearing on Plaintiff Netlist, Inc.'s ("Netlist") Motion to Compel (Dkt. No. 55). (Dkt. No. 75 at 1.)

The Court finds that a hearing regarding the Motion to Compel is appropriate. Accordingly, it is **ORDERED** that a hearing addressing Dkt. No. 55 is set for **Monday November 3, 2025, beginning at 1:30 pm** in Courtroom 106 **Sam B. Hall Jr. Federal Building and United States Courthouse, 100 E Houston Street, Marshall, Texas 75670**. Lead and local counsel for Netlist and Micron, at a minimum, shall attend. The Court anticipates it may have a jury deliberating in another case at this time and advises the parties that it may need to recess and reconvene this hearing as the needs of that jury might require. Within this context, the Court has allocated up to two hours to conduct and complete this hearing.

**So ORDERED and SIGNED this 21st day of October, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE