UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. SAMSUNG SEMICONDUCTOR, INC., and AVNET, INC.,<br><br>Defendants. | Civil No. 2:25-cv-00557-JRG<br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |
| NETLIST, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS, INC., MICRON TECHNOLOGY TEXAS LLC, and AVNET, INC.,<br><br>Defendants. | Civil No. 2:25-cv-00558-JRG<br>(Member Case)<br><br>**JURY TRIAL DEMANDED** |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO MOVE, ANSWER OR OTHERWISE RESPOND TO PAINTIFF'S SECOND AMENDED COMPLAINT**

Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung Semiconductor, Inc., and Avnet, Inc., Defendants herein, without waiving any defenses described or referred to in Rule 12 F.R.C.P., move the Court to extend the time within which Defendants are required to move, answer, or otherwise respond to Plaintiff's Second Amended Complaint in Case No. 2:25-cv-00557-JRG, Dkt. 81. In support of their Motion, Defendants state as follows:

1

1. On October 9, 2025, Plaintiff filed its Second Amended Complaint alleging patent infringement against Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung Semiconductor, Inc., and Avnet, Inc.

2. The deadline for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung Semiconductor, Inc., and Avnet, Inc. to move, answer, or otherwise respond to Plaintiff's Second Amended Complaint is currently October 24, 2025.

3. Plaintiff has agreed to provide Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung Semiconductor, Inc., and Avnet, Inc. with a 30-day extension of time to move, answer, or otherwise respond to Plaintiff's Second Amended Complaint.

WHEREFORE, Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung Semiconductor, Inc., and Avnet, Inc., respectfully request that the time in which they are required to move, answer or otherwise respond to Plaintiff's Complaint be extended up to and including November 24, 2025.

Date: October 23, 2025.

Brian R. Nester
DC Bar No. 460225
bnester@cov.com
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202)-662-6000

Thomas E. Garten
CA Bar No. 247122
tgarten@cov.com
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400

Respectfully submitted,

/s/ Melissa R. Smith

Melissa Richards Smith
melissa@gillamsmithlaw.com
GILLAM & SMITH, LLP
303 South Washington Ave.
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

J. Travis Underwood
Texas Bar No. 24102587
travis@gillamsmithlaw.com
GILLAM & SMITH, LLP
102 North College Avenue, Suite 800

San Francisco, CA 94105-2533
Telephone: (415) 591-6000

Tyler, Texas 75702
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

*Attorneys for Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung Semiconductor, Inc., and Avnet Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on October 23, 2025.

*//s/ Melissa R. Smith*
Melissa R. Smith

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for Defendants met and conferred with counsel for Plaintiff. Counsel for Plaintiff indicated that it is unopposed to this motion.

*/s/ Melissa R. Smith*
Melissa R. Smith

4