UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC.,<br><br>       Plaintiff,<br><br>  v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. SAMSUNG SEMICONDUCTOR, INC., and AVNET, INC.,<br><br>       Defendants. | Civil No. 2:25-cv-00557-JRG<br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |
| NETLIST, INC.,<br><br>       Plaintiff,<br><br>  v.<br><br>MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS, INC., MICRON TECHNOLOGY TEXAS LLC, and AVNET, INC.,<br><br>       Defendants. | Civil No. 2:25-cv-00558-JRG<br>(Member Case)<br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO MOVE, ANSWER OR OTHERWISE RESPOND TO PAINTIFF'S SECOND <u>AMENDED COMPLAINT</u>**

Before the Court is Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung Semiconductor, Inc., and Avnet, Inc.'s Unopposed Motion for Extension of Time to Move, Answer or Otherwise Respond to Plaintiff's Second Amended Complaint in Case No. 2:25-cv-00557-JRG, Dkt. 81. After considering same, the Court is of the opinion that the Motion should be GRANTED.

1

IT IS ORDERED that the deadline for Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung Semiconductor, Inc., and Avnet, Inc. to move, answer, or otherwise respond to Plaintiff's Second Amended Complaint is hereby extended up to and including November 24, 2025.