# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 2:25-cv-557-JRG |
| vs. | ) |
| | ) **JURY TRIAL DEMANDED** |
| SAMSUNG ELECTRONICS CO., LTD., | ) (Lead Case) |
| SAMSUNG ELECTRONICS AMERICA, | ) |
| INC., SAMSUNG SEMICONDUCTOR, | ) |
| INC.; AVNET, INC., | ) |
| | ) |
| Defendants. | ) |
| | ) |
| NETLIST, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 2:25-cv-558-JRG |
| vs. | ) |
| | ) **JURY TRIAL DEMANDED** |
| MICRON TECHNOLOGY, INC.; MICRON | ) (Member case) |
| SEMICONDUCTOR PRODUCTS, INC.; | ) |
| MICRON TECHNOLOGY TEXAS LLC; | ) |
| AVNET, INC., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**JOINT STATUS REPORT ON MOTION SET FOR HEARING ON NOVEMBER 3, 2025**

On October 30, 2025, counsel for the Parties met and conferred by teleconference to discuss the November 3, 2025 hearing in an attempt to resolve the discovery motion set to be heard (Dkt. 55). The Parties were unable to fully resolve the issues raised in Dkt.55. On Friday, October 31, 2025, Micron notified Netlist that "[b]y Monday morning (and earlier if possible), we intend to serve supplemental responses to Netlist's Interrogatory Nos. 1 and 2 that describe Micron's visits to customer locations and Avnet's office in the District." Micron served those supplemental responses on November 2, 2025. Netlist contends that the issues raised in the motion to compel filed as Dkt. 55 remain at issue for the November 3, 2025 hearing.

Dated: November 2, 2025

Respectfully submitted,

| */s/ Jason G. Sheasby* | */s/ Jared Bobrow* |
|---|---|
| Samuel F. Baxter | |
| Texas State Bar No. 01938000 | G. Blake Thompson |
| sbaxter@mckoolsmith.com | Texas Bar No. 24042033 |
| Jennifer L. Truelove | **MANN TINDEL THOMPSON** |
| Texas State Bar No. 24012906 | 112 East Line Street, Suite 304 |
| jtruelove@mckoolsmith.com | Tyler, TX 75702 |
| **MCKOOL SMITH, P.C.** | Tel: (903) 657-8540 |
| 104 East Houston Street Suite 300 | Fax: (903) 557-6003 |
| Marshall, TX 75670 | blake@themannfirm.com |
| Telephone: (903) 923-9000 | |
| Facsimile: (903) 923-9099 | Jared Bobrow (CA State Bar No. 133712) |
| | Jason Lang (CA State Bar No. 255642) |
| Jason G. Sheasby (*pro hac vice*) | **ORRICK, HERRINGTON &** |
| jsheasby@irell.com | **SUTCLIFFE LLP** |
| Andrew J. Strabone (*pro hac vice*) | 1000 Marsh Road |
| astrabone@irell.com | Menlo Park, CA 94025 |
| Blair A. Silver | Tel: (650) 614-7400 |
| D.C. Bar No. 1000372 | Fax: (650) 614-7401 |
| bsilver@irell.com | jbobrow@orrick.com |
| Michael W. Tezyan (*pro hac vice*) | jlang@orrick.com |
| mtezyan@irell.com | |
| Andrew H. Henderson (*pro hac vice*) | Sarah K. Mullins (CA State Bar No. 324558) |
| dhenderson@irell.com | **ORRICK, HERRINGTON &** |

| | |
|---|---|
| **IRELL & MANELLA LLP**<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, CA 90067<br>Tel. (310) 277-1010<br>Fax (310) 203-7199<br><br>*Attorneys for Plaintiff Netlist, Inc.* | **SUTCLIFFE LLP**<br>405 Howard Street<br>San Francisco, CA 94105-2669<br>Tel: (415) 773-4572<br>Fax: (631) 790-4932<br>sarahmullins@orrick.com<br><br>Michael R. Rueckheim<br>State Bar No. 24081129<br>MRueckheim@winston.com<br>WINSTON & STRAWN LLP<br>255 Shoreline Drive, Suite 520<br>Redwood City, CA 94065<br>Telephone: (650) 858-6500<br>Facsimile: (650) 858-6559<br><br>*Attorneys for Defendants Micron Technology, Inc., Micron Semiconductor Products, Inc., and Micron Technology Texas, LLC* |

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served on all counsel of record by email on November 2, 2025.

*/s/ Blair A. Silver*
Blair A. Silver

**CERTIFICATE OF CONFERENCE**

I hereby certify that Plaintiff and the above-named Defendants have met and conferred telephonically and over email to resolve their dispute but were unable to do so.

*/s/ Blair A. Silver*
Blair A. Silver