# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>SAMSUNG ELECTRONICS CO, LTD; )<br>SAMSUNG ELECTRONICS AMERICA, )<br>INC.; SAMSUNG SEMICONDUCTOR )<br>INC., )<br>)<br>Defendants. ) | Case No. 2:25-cv-557-JRG<br><br>JURY TRIAL DEMANDED<br>(Lead Case) |
| NETLIST, INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MICRON TECHNOLOGY, INC.; MICRON )<br>SEMICONDUCTOR PRODUCTS, INC.; )<br>MICRON TECHNOLOGY TEXAS LLC, )<br>)<br>Defendants. )<br>) | Case No. 2:25-cv-558-JRG<br><br>JURY TRIAL DEMANDED |

## ORDER

Before the Court is Plaintiff Netlist, Inc. ("Netlist")'s Unopposed Motion to Extend the deadline for Netlist to file its Opposition to Avnet's Opposed Motion to Sever and Stay (Dkt. 99). Having considered the same, the Court is of the opinion the motion should be GRANTED. Accordingly, the deadline for Netlist to file its Opposition to Avnet's Opposed Motion to Sever and Stay (Dkt. 99) is extended up to and through December 3, 2025.

So ORDERED and SIGNED this _____ day of November, 2025.

 

_____
UNITED STATES DISTRICT JUDGE