# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| NETLIST, INC., § | | |
| § | | |
| *Plaintiff*, § | | |
| § | | |
| v. § | | |
| § | CIVIL ACTION NO. 2:25-CV-00557-JRG |
| SAMSUNG ELECTRONICS, CO., LTD., § | (LEAD CASE) |
| SAMSUNG ELECTRONICS AMERICA, § | | |
| INC., and SAMSUNG § | | |
| SEMICONDUCTOR, INC., § | | |
| § | | |
| *Defendants*. § | | |

| | | |
|---|---|---|
| NETLIST, INC., § | | |
| § | | |
| *Plaintiff*, § | | |
| § | | |
| v. § | | |
| § | CIVIL ACTION NO. 2:25-CV-00558-JRG |
| MICRON TECHNOLOGY, INC., § | (MEMBER CASE) |
| MICRON SEMICONDUCTOR § | | |
| PRODUCTS INC., and MICRON § | | |
| TECHNOLOGY TEXAS LLC, § | | |
| § | | |
| *Defendants*. § | | |

## ORDER

Before the Court is the Unopposed Motion to Extend Deadlines for Avnet's Reply and Netlist's Sur-Reply to Avnet's Opposed Motion to Sever and Stay (Dkt. No. 99) (the "Motion") filed by Defendant Avnet, Inc. ("Avnet"). (Dkt. No. 126.) In the Motion, Defendant requests a seven-day extension of its deadline to file a reply in support of its motion, as well as a 21-day extension of time for Plaintiff Netlist, Inc. ("Plaintiff") to file a sur-reply. (*Id*. at 2.) The requested

extensions would move the deadline for Avnet up to and including December 17, 2025, and the deadline for Plaintiff up to and including January 7, 2026. (*Id.*) The Motion is unopposed. (*Id.*)

Having considered the Motion, and noting its unopposed nature, the Court finds it should be and hereby is **GRANTED**. The deadlines for Avnet to file its reply is **extended** up to and including December 17, 2025, and the deadline for Plaintiff to file its sur-reply is **extended** up to and including January 7, 2026.

**So ORDERED and SIGNED this 10th day of December, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE