# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 2:25-cv-557-JRG ) |
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC.; AVNET, INC., | ) **JURY TRIAL DEMANDED** ) (Lead Case) ) ) ) |
| Defendants. | ) ) |
| NETLIST, INC., | ) ) |
| Plaintiff, | ) ) |
| vs. | ) Case No. 2:25-cv-558-JRG ) |
| MICRON TECHNOLOGY, INC.; MICRON SEMICONDUCTOR PRODUCTS, INC.; MICRON TECHNOLOGY TEXAS LLC; AVNET, INC., | ) **JURY TRIAL DEMANDED** ) (Member case) ) ) ) ) |
| Defendants. | ) |

## UNOPPOSED MOTION TO EXTEND NETLIST'S RESPONSE TO SAMSUNG'S AND AVNET'S MOTIONS TO DISMISS (DKTS. 120, 121, 122)

Plaintiff Netlist, Inc. ("Netlist") respectfully moves the Court to extend the deadlines for Netlist to respond to the Motion to Dismiss for Improper Venue (Dkt. 120) and Motion to Dismiss Certain Infringement Claims (Dkt. 121) filed by Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung Semiconductor, Inc., (collectively the "Samsung"), and the Partial Motion to Dismiss filed by Defendant Avnet, Inc. ("Avnet") (Dkt. 122). After conferring with Samsung and Avnet, Netlist requests that the following deadlines for Netlist's Responsive briefs be extended as follows:

| Events | Current Deadline (Dkt. 127) | Requested Extended Deadline |
|---|---|---|
| Netlist's Response to Samsung's Motion to Dismiss for Improper Venue (Dkt. 120) | December 22, 2025 | January 5, 2026 |
| Netlist's Response to Samsung's Motion to Dismiss Certain Infringement Claims (Dkt. 121) | December 22, 2025 | January 5, 2026 |
| Netlist's Response to Avnet's Partial Motion to Dismiss Netlist's Second Amended Complaint (Dkt. 122) | December 22, 2025 | January 5, 2026 |

Samsung proposed extending these deadlines in light of the pending decision from the International Trade Commission on whether to institute an investigation involving the Asserted Patents, as well as to provide time to continue to confer on venue-related discovery and briefing at issue in Dkt. 120. These extensions are also sought to accommodate the schedule of the parties' counsel and intervening holidays. Counsel for Samsung and Avnet do not oppose the requested extensions. A proposed order is attached.

Dated: December 17, 2025

Respectfully submitted,

*/s/ Andrew H. Henderson*
Samuel F. Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
Jennifer L. Truelove
Texas State Bar No. 24012906
jtruelove@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 East Houston Street Suite 300
Marshall, TX 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

Jason G. Sheasby (*pro hac vice*)
jsheasby@irell.com
Andrew J. Strabone (*pro hac vice*)
astrabone@irell.com
Blair A. Silver
DC Bar 1000372
bsilver@irell.com
Michael W. Tezyan (*pro hac vice*)
mtezyan@irell.com
Andrew H. Henderson (*pro hac vice*)
dhenderson@irell.com
**IRELL & MANELLA LLP**
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Tel. (310) 277-1010
Fax (310) 203-7199

**Attorneys for Plaintiff Netlist, Inc.**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served on all counsel of record by email on December 17, 2025.

/s/ *Andrew Henderson*
Andrew Henderson

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies pursuant to Local Rule CV-7(h) that the relief requested in this motion is unopposed.

/s/ *Andrew Henderson*
Andrew Henderson