# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETLIST, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC.; AVNET, INC., <br><br> Defendants. | Case No. 2:25-cv-557-JRG <br><br> **JURY TRIAL DEMANDED** <br> (Lead Case) |
| NETLIST, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MICRON TECHNOLOGY, INC.; MICRON SEMICONDUCTOR PRODUCTS, INC.; MICRON TECHNOLOGY TEXAS LLC; AVNET, INC., <br><br> Defendants. | Case No. 2:25-cv-558-JRG <br><br> **JURY TRIAL DEMANDED** <br> (Member case) |

## **ORDER**

Before the Court is Plaintiff Netlist, Inc. ("Netlist")'s Unopposed Motion to Extend the briefing schedule regarding Samsung's and Avnet's Motions to Dismiss (Dkts. 120, 121, and 122). Having considered the same, the Court is of the opinion the motion should be GRANTED. Accordingly, the following deadlines are extended as follows:

| Events | Current Deadline | Requested Extended Deadline |
|---|---|---|
| Netlist's Response to Samsung's Motion to Dismiss for Improper Venue (Dkt. 120) | December 22, 2025 | January 5, 2026 |

| | | |
|---|---|---|
| Netlist's Response to Samsung's Motion to Dismiss Certain Infringement Claims (Dkt. 121) | December 22, 2025 | January 5, 2026 |
| Netlist's Response to Avnet's Partial Motion to Dismiss Netlist's Second Amended Complaint (Dkt. 122) | December 22, 2025 | January 5, 2026 |

So ORDERED and SIGNED this \_\_\_\_\_ day of December, 2025.

_____
UNITED STATES DISTRICT JUDGE