## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| NETLIST, INC., | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | |
| | § | |
| SAMSUNG ELECTRONICS CO., LTD., | § | |
| SAMSUNG ELECTRONICS AMERICA, | § | |
| INC., SAMSUNG SEMICONDUCTOR, | § | C.A. No. 2:25-cv-557-JRG |
| INC.; AND AVNET, INC., | § | |
| | § | JURY TRIAL DEMANDED |
| Defendants. | § | (Lead Case) |
| | § | |
| NETLIST, INC., | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | |
| | § | |
| MICRON TECHNOLOGY, INC., | § | |
| MICRON SEMICONDUCTOR | § | |
| PRODUCTS, INC., MICRON | § | C.A. No. 2:25-cv-558-JRG |
| TECHNOLOGY TEXAS LLC; AND | § | |
| AVNET, INC., | § | JURY TRIAL DEMANDED |
| | § | (Member Case) |
| Defendants. | § | |

## SUPPLEMENTAL DECLARATION OF SARAH K. MULLINS
## IN SUPPORT OF AVNET'S OPPOSED MOTION TO SEVER AND STAY

I, Sarah K. Mullins, declare:

1.    I am a member of the State Bar of California, a member of the bar of the Eastern District of Texas, and an associate at Orrick, Herrington & Sutcliffe LLP ("Orrick"), counsel of record for defendant Avnet, Inc. ("Defendant" or "Avnet") in this action.

2.    I submit this supplemental declaration in support of Avnet's Opposed Motion to Sever and Stay.

1

3.      I am over 18 years of age and have personal knowledge of the facts set forth herein. If called as a witness, I could competently testify under oath.

4.      To date, Avnet has produced fewer than 30 documents in this case and has not received any discovery requests from Netlist that are unrelated to venue.

Executed on December 17, 2025, in San Francisco, California.

I declare under the penalty of perjury that the foregoing is true and correct.

*/s/ Sarah K. Mullins*
**Sarah K. Mullins**