IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| NETLIST, INC., § § *Plaintiff*, § § v. § § SAMSUNG ELECTRONICS, CO., LTD., § SAMSUNG ELECTRONICS AMERICA, § INC., and SAMSUNG § SEMICONDUCTOR, INC., § § *Defendants*. § | | CIVIL ACTION NO. 2:25-CV-00557-JRG (LEAD CASE) |
| NETLIST, INC., § § *Plaintiff*, § § v. § § MICRON TECHNOLOGY, INC., § MICRON SEMICONDUCTOR § PRODUCTS INC., and MICRON § TECHNOLOGY TEXAS LLC, § § *Defendants*. § § | | CIVIL ACTION NO. 2:25-CV-00558-JRG (MEMBER CASE) |

**ORDER**

Before the Court is the Unopposed Motion to Extend Netlist's Response to Samsung's and Avnet's Motions to Dismiss (Dkt. Nos. 120, 121, 122) (the "Motion") filed by Plaintiff Netlist, Inc. ("Plaintiff"). (Dkt. No. 132.) In the Motion, Netlist seeks an extension of its time to respond to each of the Motions to Dismiss filed at Dkt. Nos. 120-122 from December 22, 2025 up to and including January 5, 2026. (*Id.* at 2.) The Motion is unopposed. (*Id.*)

Having considered the Motion, and noting its unopposed nature, the Court finds it should be and hereby is **GRANTED**. The deadlines for Plaintiff to respond to the Motions to Dismiss are **extended** to January 5, 2026. The Court notes it has already extended these deadlines once (*see* Dkt. No. 128), and while it does so a second time, Plaintiff should not expect additional extensions regarding these deadlines going forward.

**So ORDERED and SIGNED this 19th day of December, 2025.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE