**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| NETLIST, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 2:25-cv-557-JRG |
| vs. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| SAMSUNG ELECTRONICS CO., LTD., | ) | (Lead Case) |
| SAMSUNG ELECTRONICS AMERICA, | ) | |
| INC., SAMSUNG SEMICONDUCTOR, | ) | |
| INC.; AVNET, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| NETLIST, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 2:25-cv-558-JRG |
| vs. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| MICRON TECHNOLOGY, INC.; MICRON | ) | (Member case) |
| SEMICONDUCTOR PRODUCTS, INC.; | ) | |
| MICRON TECHNOLOGY TEXAS LLC; | ) | |
| AVNET, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**ORDER GRANTING SAMSUNG'S MOTION TO STAY**

Before the Court is Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Semiconductor, Inc.'s (collectively, "Samsung") Motion to Stay all claims against Samsung and Avnet, Inc. in Case No. 2:25-cv-557-JRG pursuant to 28 U.S.C. § 1659(a), pending the final disposition of an overlapping proceeding initiated by Netlist at the United States International Trade Commission, titled *Certain Dynamic Random Access Memory*

*(DRAM) Devices, Products Containing the Same, and Components Thereof*, Inv. No. 337-TA-1472, including any appeals therefrom.

Having considered the briefing and arguments of the parties, the Court finds that the motion well taken and is hereby GRANTED.

IT IS SO ORDERED.