# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| NETLIST, INC., §<br>§<br>*Plaintiff*, §<br>§<br>v. §<br>§<br>SAMSUNG ELECTRONICS, CO., LTD., §<br>SAMSUNG ELECTRONICS AMERICA, §<br>INC., and SAMSUNG §<br>SEMICONDUCTOR, INC., §<br>§<br>*Defendants*. § | | CIVIL ACTION NO. 2:25-CV-00557-JRG<br>(LEAD CASE) |
| NETLIST, INC., §<br>§<br>*Plaintiff*, §<br>§<br>v. §<br>§<br>MICRON TECHNOLOGY, INC., §<br>MICRON SEMICONDUCTOR §<br>PRODUCTS INC., and MICRON §<br>TECHNOLOGY TEXAS LLC, §<br>§<br>*Defendants*. § | | CIVIL ACTION NO. 2:25-CV-00558-JRG<br>(MEMBER CASE) |

## ORDER

The Court issues this Order *sua sponte*. Before the Court is the Motion to Dismiss First Amended Complaint (the "Motion") filed by Defendants Micron Technology, Inc., Micron Semiconductor Products, Inc., and Micron Technology Texas, LLC (together, "Micron"). (Dkt. No. 28.) The Court finds that an expedited briefing schedule is warranted. Accordingly, the Court **ORDERS** that Plaintiff Netlist, Inc.'s ("Plaintiff") response to the Motion must be filed on or

before February 17, 2026. Micron's reply must be filed on or before February 24, 2026. Plaintiff's sur-reply must be filed on or before March 3, 2026.

**So ORDERED and SIGNED this 6th day of February, 2026.**

```
              _____
              RODNEY GILSTRAP
              UNITED STATES DISTRICT JUDGE
```