IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| NETLIST, INC., § | | |
| § | | |
| *Plaintiff*, § | | |
| § | | |
| v. § | | |
| § | CIVIL ACTION NO. 2:25-CV-00557-JRG | |
| SAMSUNG ELECTRONICS, CO., LTD., § | (LEAD CASE) | |
| SAMSUNG ELECTRONICS AMERICA, § | | |
| INC., SAMSUNG SEMICONDUCTOR, § | | |
| INC., and AVNET INC., § | | |
| § | | |
| *Defendants*. § | | |

| | | |
|---|---|---|
| NETLIST, INC., § | | |
| § | | |
| *Plaintiff*, § | | |
| § | | |
| v. § | | |
| § | CIVIL ACTION NO. 2:25-CV-00558-JRG | |
| MICRON TECHNOLOGY, INC., § | (MEMBER CASE) | |
| MICRON SEMICONDUCTOR § | | |
| PRODUCTS INC., MICRON § | | |
| TECHNOLOGY TEXAS LLC, and § | | |
| AVNET INC., § | | |
| § | | |
| *Defendants*. § | | |

**ORDER**

Before the Court are Defendants Samsung Semiconductor, Inc. and Samsung Electronics America, Inc.'s Motion to Dismiss for Improper Venue (Dkt. No. 120) and Samsung's Motion to Dismiss for Certain of Plaintiff's Infringement Claims Pursuant to Fed. R. Civ. P. 12(b)(6) (Dkt. No. 121) (the "Samsung Motions"), and Defendant Avnet, Inc.'s Partial Motion to Dismiss Netlist's Second Amended Complaint (Dkt. No. 122) (the "Avnet Motion") (collectively, the "Motions"). In the Motions, Defendants Samsung Electronics America, Inc. and Samsung

Semiconductor Inc. (collectively, "Samsung") and Avnet, Inc. ("Avnet") seek to dismiss Plaintiff Netlist, Inc.'s ("Netlist") Second Amended Complaint (Dkt. No. 81) for improper venue under Rule 12(b)(3) (Dkt. Nos. 120, 122) and failure to state a claim on which relief can be granted under Rule 12(b)(6) (Dkt Nos. 121, 122) of the Federal Rules of Civil Procedure. Since filing the Motions, Plaintiff has filed its Third Amended Complaint Against Samsung and Avnet. (Dkt. No. 159.)

It is well established that a later-filed amended complaint moots a motion asking the Court to dismiss an earlier-filed complaint. *See Griffin v. Am. Zurich Ins. Co.*, 697 F. App'x 793, 797 (5th Cir. 2017) ("Once filed, that amended complaint rendered all earlier motions … moot."); *see also Bishop Display Tech LLC v. Samsung Elecs. Co., Ltd.*, No. 2:21-cv-00139-JRG, Dkt. No. 40 (E.D. Tex. Oct. 4, 2021) ("Once Plaintiff filed its amended complaint, the Motion became moot."); *Ultravision Techs., LLC v. Eaton Corp. PLC*, No. 2:19-CV-00290-JRG, 2019 WL 11250161, at *1 (E.D. Tex. Nov. 7, 2019) ("Accordingly, the filing of an amended complaint moots a motion to dismiss the original complaint.").

Accordingly, the Court finds that the Motions (Dkt. Nos. 120, 121, 122) should be and hereby are **DENIED AS MOOT**.

**So Ordered this**

**Mar 1, 2026**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE