IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| NETLIST, INC., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 2:25-CV-00557-JRG |
| SAMSUNG ELECTRONICS, CO., LTD., | § | (LEAD CASE) |
| SAMSUNG ELECTRONICS AMERICA, | § | |
| INC., SAMSUNG SEMICONDUCTOR, | § | |
| INC., and AVNET INC., | § | |
| | § | |
| *Defendants*. | § | |

| | | |
|---|---|---|
| NETLIST, INC., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:25-CV-00558-JRG |
| | § | (MEMBER CASE) |
| MICRON TECHNOLOGY, INC., | § | |
| MICRON SEMICONDUCTOR | § | |
| PRODUCTS INC., MICRON | § | |
| TECHNOLOGY TEXAS LLC, and | § | |
| AVNET INC., | § | |
| | § | |
| *Defendants*. | § | |

## ORDER

Before the Court is the Motion to Stay (the "Motion") filed by Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Semiconductor, Inc. (collectively, "Samsung"). (Dkt. No. 140.) In the Motion, Samsung moves under 28 U.S.C. § 1659 to stay Lead Case No. 2:25-cv-00557-JRG (the "Lead Case") in its entirety, pending the final disposition of the United States International Trade Commission ("ITC") Investigation No. 337-

TA-1472 (the "1472 Investigation"), including any appeals therefrom. (*Id.* at 1.) This request for a stay includes Samsung's co-defendant in the Lead Case, Avnet Inc. ("Avnet"). (*Id.*)

In response to the Motion, Plaintiff Netlist, Inc. ("Plaintiff") asserts that it "does not agree that § 1659 authorizes an automatic stay of the claims against [Avnet]" because "Avnet is not a respondent to the 1472 Investigation." (Dkt. No. 149 at 2.) However, Plaintiff then acknowledges the overlap between the Lead Case and the 1472 Investigation, and states that it "does not oppose Samsung's requested stay, including as to Avnet." (*Id.* at 3.)

Having considered the Motion, and noting its unopposed nature, the Court finds that it should be and hereby is **GRANTED**. It is **ORDERED** that all action in the Lead Case (No. 2:25-cv-00557-JRG) is **STAYED** until further Order of this Court. It is further **ORDERED** that the parties file a joint notice in this case with attached supporting copies of any dispositive or partially dispositive action within ten (10) days of issuance by the ITC.

**So ORDERED and SIGNED this 6th day of March, 2026.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE