# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| NETLIST, INC., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:25-CV-00557-JRG |
| | § | |
| SAMSUNG ELECTRONICS CO., LTD.; | § | |
| SAMSUNG ELECTRONICS AMERICA, | § | |
| INC.; SAMSUNG SEMICONDUCTOR, | § | |
| INC.; AVNET, INC., | § | |
| | § | |
| *Defendants*. | § | |

## ORDER

Before the Court is the Unopposed Motion to Withdraw Counsel (the "Motion") filed by Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Semiconductor, Inc. ("Samsung"). (Dkt. No. 169.) In the Motion, Samsung requests that Luke M. Norrell be withdrawn as its counsel of record. (*Id.* at 1.) The Motion is unopposed. (*Id.*)

Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**. It is therefore **ORDERED** that Luke M. Norrell be permitted to **withdraw** as counsel of record for Samsung in the above-captioned case. It is further **ORDERED** that the Clerk shall **terminate** Luke M. Norrell as counsel of record and all electronic notifications to the same.

So ORDERED and SIGNED this 6th day of August, 2026.

_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE