**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

NETLIST, INC.,

Plaintiff,

vs.

SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., AVNET, INC.

Defendants.

Case No. 2:25-cv-557-JRG

**JURY TRIAL DEMANDED**

**JOINT MOTION AND STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Netlist, Inc. and Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung Semiconductor, Inc., and Avnet, Inc. (collectively, "the Parties") hereby stipulate to the dismissal with prejudice all of Netlist's claims asserted in this action in their entirety, with each Party to bear its own costs, expenses and attorneys' fees. Accordingly, the Parties request that all of Netlist's claims asserted in this action be dismissed with prejudice in their entirety, with each Party to bear its own costs, expenses and attorneys' fees.

Dated: August 18, 2026

Respectfully submitted,

*/s/ Jason Sheasby*
Samuel F. Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
Jennifer L. Truelove
Texas State Bar No. 24012906
jtruelove@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 East Houston Street Suite 300

*/s/ Brian Nester*
Brian R. Nester
DC Bar No. 460225
bnester@cov.com
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000

Marshall, TX 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099
Jason G. Sheasby (*pro hac vice*)
jsheasby@irell.com
Andrew J. Strabone (*pro hac vice*)
astrabone@irell.com
Blair A. Silver (*pro hac vice*)
bsilver@irell.com
Michael W. Tezyan (*pro hac vice*)
mtezyan@irell.com
Andrew H. Henderson (*pro hac vice*)
dhenderson@irell.com
**IRELL & MANELLA LLP**
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Tel. (310) 277-1010
Fax (310) 203-7199

***Attorneys for Plaintiff Netlist, Inc.***

Thomas E. Garten
CA Bar No. 247122
tgarten@cov.com
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533

Melissa Richards Smith
melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Ave.
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

***Attorneys for Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung Semiconductor, Inc., and Avnet, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served on all counsel of record by email on August 18, 2026.

*/s/ Andrew Henderson*
Andrew Henderson